IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MISCELLANEOUS WAREHOUSEMEN'S ) <br> LOCAL 781 HEALTH & WELFARE FUND, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> GLASS MANAGEMENT SERVICES, INC., ) <br> an Illinois corporation, d/b/a GLASS & MIRROR ) <br> AMERICA, ) <br> ) <br> Defendant. ) | CIVIL ACTION <br><br> NO. 16 C 304 <br><br> MAGISTRATE JEFFREY T. GILBERT |

**PLAINTIFF'S MOTION TO ENFORCE THE
TERMS OF THE SETTLEMENT AGREEMENT
AND ENTER JUDGMENT AGAINST DEFENDANT**

NOW COMES Plaintiff, MISCELLANEOUS WAREHOUSEMEN'S LOCAL 781 HEALTH & WELFARE FUND, by its attorneys, and move the Court for entry of an order enforcing the terms of the Settlement Agreement entered into between the parties and entering judgment against Defendant. In support of the Motion, Plaintiffs state as follows:

1. This action was originally brought by the Plaintiff, Miscellaneous Warehousemen's Local 781 Health & Welfare Fund, alleging, *inter alia*, that Defendant breached its obligations under the terms of the collective bargaining agreement entered into with Local 781 of the International Brotherhood of Teamsters, and the Agreement and Declaration of Trust under which the Plaintiff Fund is maintained. Specifically, Plaintiff alleges that Defendant failed to remit payment of contributions for work performed on its behalf by beneficiaries of the Plaintiff Fund. The Complaint

was brought pursuant to the Employee Retirement Income Security Act of 1974, as amended, 29 U.S.C. §§1132, 1145.

2. On June 7, 2016, Defendant executed a Settlement Agreement incorporating the terms for settlement agreed to by the parties (a copy of the Settlement Agreement is attached as Exhibit A).

3. On June 9, 2016, the parties appeared before this Court and informed the Court of the settlement of the instant action.

4. Pursuant to the terms of the Settlement Agreement, the parties requested that this Court set the case for a status hearing after the due date of the final payment, being September 14, 2016. Accordingly, this Court set a status hearing for September 29, 2016 but would strike the status hearing if a stipulation to dismiss was filed prior to September 29, 2016.

5. Defendant acknowledged and agreed that it would pay the total amount of $36,682.05, with interest at the rate of 1.5% per month on the declining balance, for contributions, liquidated damages, interest, auditors' fees, attorneys' fees and costs due for the time period August 2015 through April 2016, as described in Paragraph 3 of the Settlement Agreement.

6. Defendant agreed to pay the amount set forth above with the down payment of $10,000.00 due June 1, 2016, with the first of thirteen $2,000.00 weekly installment due June 15, 2016 and a final installment of $1,365.80 due September 14, 2016. An express condition of the Fund agreeing to accept payment over time was that Defendant timely remit its regular monthly contributions for the period of May 2016 through the end of the payment schedule.

7. If the Defendant failed to timely make the payment as provided by Paragraphs 3 and 4 of the Settlement Agreement, it would be considered in breach of the Agreement. Upon breach of the Agreement, any amounts remaining due under Paragraphs 3 and 4, plus additional accrued

interest, and any additional costs and attorneys' fees incurred by the Plaintiff Fund to collect these amounts or enforce the Agreement after May 19, 2016, would become immediately due and owing, and the Plaintiff Fund would be entitled, without further notice, to move to enforce the Settlement Agreement by filing a motion for entry of judgment for the amounts remaining due.

8. Defendant submitted the down payment of $10,000.00 and the first weekly installment of $2,000.00, said payments being due on June 1, 2016 and June 15, 2016, but has breached its obligation under the Settlement Agreement because it failed to submit the following four weekly installments due on June 22, June 29, July 6 and July 13, 2016 and has failed to pay its May 2016 contributions.

9. In light of Defendant's breach, Plaintiff is entitled to judgment for $24,774.41, as the balance due under the Settlement Agreement, plus $937.00 for attorneys' fees incurred since May 19, 2016 (Chapman Affidavit attached as Exhibit B).

10. For all the reasons stated, the Plaintiffs hereby move the Court for the entry of an order enforcing the terms of the Settlement Agreement and entering judgment against the Defendant. Specifically, Plaintiffs request:

- A. That judgment be entered in favor of Plaintiff and against Defendant to include the amount of $24,774.41, being the total amount remaining due for contributions, liquidated damages, interest, auditors' fees, attorneys' fees and costs for the time period August 2015 through April 2016.

- B. That judgment be entered in favor of Plaintiff and against Defendant to include an additional $937.00 in attorneys' fees incurred by the Plaintiff since May 19, 2016, including the preparation and presentment of the motion to enforce and enter judgment.

- C. That Plaintiffs have such further relief as may be deemed just and equitable by the Court.

/s/ Patrick N. Ryan

Patrick N. Ryan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6278364
Telephone: (312) 216-2573
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\781W\Glass & Mirror\#26656\motion to enforce settlement and enter judgment.pnr.df.wpd

# CERTIFICATE OF SERVICE

       The undersigned, an attorney of record, hereby certifies that on or before the hour of 5:00 p.m., this 18th day of July 2016, he electronically filed the foregoing document (Motion to Enforce Settlement Agreement and Enter Judgment Against Defendant) with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

                      Mr. Todd A. Miller
                      Ms. Kathleen M. Cahill
                      Ms. Megan M. Moore
                      Allocco, Miller & Cahill, P.C.
                      20 N. Wacker Drive, Suite 3517
                      Chicago, IL 60606
                      tam@alloccomiller.com
                      kmc@alloccomiller.com
                      mmm@alloccomiller.com

                                                   /s/ Patrick N. Ryan

Patrick N. Ryan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6278364
Telephone: (312) 216-2573
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\781W\Glass & Mirror\#26656\motion to enforce settlement and enter judgment.pnr.df.wpd